Date signed January 05, 2006



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Donald P. Wheeler | * | Case No.   05-12529 |
| | * | Chapter   13 |
| | * | |
| | * | |
| Debtor | * | |

## MEMORANDUM CLARIFYING
## ORDER AUTHORIZING REFINANCING

The court has carefully considered the opposition to Debtor's motion to refinance the real property owned by him and Rebecca A. Littlefield.

The authorization concerns only the Debtor's interest in the subject property. Nothing therein shall be construed to authorize refinancing of another party's interest in the subject property without the consent of the co-owner.

cc:   Donald P. Wheeler, 2047 Sumner Drive, Frederick, MD 21702
       Thomas H. Bornhorst, Esq., 7131 Liberty Rd., #202B, Baltimore, MD 21207
       David Felsen, Esq., 600 Jefferson Plaza, Ste. 201, Rockville, MD 20852
       Timothy P. Branigan, P.O. Box 1902, Laurel, MD 20725

**End of Memorandum**